EARL CAMPBELL v. THE STATE.

No. 18821. Delivered February 24, 1937.

The opinion states the case.

*Shropshire & Sanders,* of Brady, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—Conviction for violating the liquor law; punishment, a fine of $100.00.

Appellant was charged with selling to J. M. Allison whisky

in Brown County, Texas, the same being a dry area. Nothing in the complaint or information shows when and how, or in what manner Brown County became a dry area. The complaint and information are insufficient. See Whitmire v: State, 94 S. W. (2d) 742; Schmidt v. State, 94 S. W. (2d) 743.

The judgment is reversed and the prosecution ordered dismissed.

*Reversed and prosecution ordered dismissed.*